AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
RAMON GOMEZ ) Case No. 3:16mj197(JGM)
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 28, 2016   in the county of   New London   in the   District of   Connecticut  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute and Distribution of Heroin |
| Title 21 U.S.C. Section 846 and 2 | Conspiracy to Distribute Heroin |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Peter J. Borysevicz, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/3/16

/s/ Joan G. Margolis, USMJ
*Judge's signature*

City and state:   New Haven, Connecticut   Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*