UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON GOMEZ,<br><br>    Defendant. | Case No.  3:16-cr-00207-AWT-1<br><br>December 12, 2017 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of non-party Movant / Intervenor *The Day*.  I certify that I am admitted to practice in, and a member of good standing of, this Court.

Dated:  December 13, 2017                      Respectfully submitted,

                                                                    /s/ *Cameron Stracher*
                                                                Cameron Stracher (ct28146)
                                                                4 North Pasture Rd.
                                                                Westport, CT 06880
                                                                Tel: (203) 222-7169
                                                                Fax:  (646) 810-3089
                                                                cam@stracherlaw.com

1

2

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Douglas P. Morabito | Michael O. Sheehan |
| U.S. Attorney's Office – NH | Sheehan & Reeve |
| 157 Church St., 25th Floor | 350 Orange St., Suite 101 |
| New Haven, CT 06510 | New Haven, CT 06511 |
| (203) 821-3700 | (203) 787-9026 |
| Fax: (203) 773-5373 | Fax: (203) 787-9031 |
| E-mail: Douglas.Morabito@usdoj.gov | E-mail: msheehan@sheehanandreeve.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

This the 13th day of December, 2017.

                                                           */s/ Cameron Stracher*
                                                           Cameron Stracher