UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION
CASE NO. 3:16-cr-00207-AWT-1

|  |
|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON GOMEZ,<br><br>    Defendant. |

**DECLARATION OF KAREN FLORIN**
**IN SUPPORT OF *THE DAY*'S MOTION TO INTERVENE AND UNSEAL**

I, Karen Florin, hereby declare as follows:

1. I am over the age of 18 years old. I make this Declaration in support of *The Day*'s Motion to Intervene and Unseal. The following facts are true to the best of my knowledge and belief and, if called and sworn in as a witness, I could and would testify competently to them.

2. I am a reporter for *The Day*, and cover the court system. I have held this position since 1994. In my reporting, I regularly use court filings that are publicly available on the website for Public Access to Court Electronic Records ("PACER").

3. In my role as a reporter for *The Day*, I have followed and covered the prosecution of Ramon Gomez ("Gomez") in the above-captioned case, including Gomez's sentencing proceedings.

4. To my recollection, I accessed the docket in the above-captioned case on PACER on Monday, December 4. I obtained Docket Entry 67 ("MOTION to Seal Memorandum by

1

USA as to Ramon Gomez") and its attachments by clicking on the docket entry and accepting the fee for downloading the document.

5. The download of Docket Entry 67 from PACER contained the prosecution's Sentencing Memorandum filed in the above-captioned case.

6. Docket Entry 67 in the above-captioned case is no longer available on PACER. On December 11, 2017, I accessed the docket in the above-captioned case on PACER and was informed that I do not have permission to access Docket Entry 67.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/17  in ~~Hartford~~ New London, Connecticut.

_Karen Florin_
Karen Florin