UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR207 (AWT) |
| v. | : | |
| RAMON GOMEZ | : | December 14, 2017 |

## MOTION TO REOPEN SENTENCING PROCEEDINGS

The defendant, Ramon Gomez, hereby requests that Court reopen the sentencing proceedings to consider newly discovered evidence that is relevant to the ultimate sentence that should be imposed in this case. In support of this request, the defendant states as follows:

1. The defendant's sentencing hearing was on December 12, 2017.

2. Later that evening, a news report was published in the New London Day, publicly referencing the contents of a previously sealed filing by the government. This file, although captioned and filed as a sealed motion, was reportedly accessed by the paper because of a filing error by the government.

3. This fact of this news report and the fact that a sealed matter was purportedly accessed by the paper is new evidence that is relevant to sentencing.

4. Counsel for the government has also been consulted about this request and has indicated that the government defers to the Court's discretion on this issue.

WHEREFORE, it is respectfully requested that the sentencing proceeding be reopened to consider the impact of this newly disclosed information and that sentencing

be imposed after such consideration is complete.

									Respectfully submitted,

									THE DEFENDANT,
									Ramon Gomez


December 14, 2017					 /s/ Michael O. Sheehan
									Sheehan, Reeve & Near
									350 Orange Street, Suite 101
									New Haven, CT   06511
									(203) 787-9026 (phone)
									(203) 787-9031 (fax)
									msheehan@sheehanandreeve.com
									Federal Bar No. ct05450

## **CERTIFICATE OF SERVICE**

	I hereby certify that the foregoing was sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.

									/s/ Michael O. Sheehan