Crim-Mot hrg (Dec-2008)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Thompson, C

TOTAL TIME: _____ hours 31 minutes   USPO _____ INTERPRETER _____

DATE: 12/22/17   START TIME: 9:08   END TIME: 9:39

LUNCH_RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 16cr207 AWT _____ Deft # 1 _____

UNITED STATES OF AMERICA

vs

Ramon Gomez

William Nardini  on behalf of Douglas Morabito

AUSA

Michael O. Sheenan

Defendant's Counsel ☒ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒......# 77 | Deft Gomez | Motion for recon.of sentencing | ☐ granted ☒ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐............... Brief(s) due _____ Response(s) due _____ Replies due _____

☐............... Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐............... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐............... Defendant REMANDED to custody

☐............... Competency Hearing ☐ held ☐ continued until _____ at _____

☐............... _____ hearing continued until _____ at _____

☐............... Court finds defendant _____ ☐ competent ☐ incompetent

☐............... Court orders defendant _____ to undergo psychiatric evaluation

☐............... Motion Hearing continued until _____ at _____

☐............... SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____