Criminal Std (6/13/2012)

**HONORABLE:** Alvin W. Thompson
**DEPUTY CLERK** L. S. Ferguson   **RPTR/ECRO/TAPE** C. Thompson
**USPO** _____   **INTERPRETER** _____

**TOTAL TIME:** ___ hours  36 minutes
**DATE:** Jan 8, 2018   **START TIME:** 10:06 am   **END TIME:** 10:42 am

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

**CRIMINAL NO.** 3:16-cr-00207-AWT   **DEFT #** 1

**UNITED STATES OF AMERICA**
vs
**RAMON GOMEZ**

William J. Nardini
AUSA
Jennifer A. Nelson, Intervenor Counsel
Michael O. Sheehan
Counsel for Defendant Ret ☐ CJA ☒ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): ___ ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney ___ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of ___ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ___ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ___ ; Government responses due ___
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ___ at ___
- ☐ ...... Jury Selection set for ___ at ___
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ___ at ___ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $___ on count(s) ___. Total $___ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ___
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $___ ☐ reduced to $___ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... ___ Hearing ☐ waived ☐ set for ___ ☐ continued until ___
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ # ___ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ # ___ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ # ___ Govt Motion _____ | | ☐ | ☐ | ☐ |
| ☐ # ___ Govt Motion _____ | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☒ Discussed unsealing of the Government's Sentencing Memo. | ☐ | ☐ | ☐ | ☒ |
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |
| ☒ Counsel to submit a proposed Protective Order and proposed Scheduling Order. | ☐ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | ☐ |
| ☐ _____ | ☐ | ☐ | ☐ | ☐ |