UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:16-CR-207 (AWT) |
| v. | |
| RAMON GOMEZ | January 16, 2018 |

**STIPULATED ORDER PROVIDING FOR
DISCLOSURE AND PROTECTION OF SEALED FILINGS**

On joint motion of the United States, Defendant Ramon Gomez, and Intervenor *The Day*, for a protective order (1) authorizing the disclosure to counsel for the Intervenor of certain documents which have been filed in this matter, and which have been ordered sealed by this Court, and (2) limiting the extent of disclosure of these documents and the purposes for which such disclosure may be made, and it appearing to the Court that:

WHEREAS, by motion (the "Unsealing Motion") (with supporting memorandum and declaration) filed on December 13, 2017 [docs. 74, 75, 76], Intervenor *The Day* has moved for the unsealing of the Sentencing Memorandum and attachments thereto filed under seal by counsel for Ramon Gomez on November 29, 2017 [doc. 66], and the Memorandum filed under seal by the United States on December 4, 2017 [doc. 67];

WHEREAS, on January 5, 2018, counsel for Ramon Gomez filed under seal a response [doc. 91] to Intervenor's motion to unseal;

WHEREAS, at a hearing on January 8, 2018, the parties agreed that in order for the Intervenor to present its arguments with respect to its Unsealing Motion, it would be

appropriate to permit counsel for the Intervenor to have access to documents 66, 67, and 91, subject to certain limitations on further disclosure,

It is hereby ORDERED:

1. Counsel for the Defendant shall provide counsel for the Intervenor with an unredacted copy of documents 66 and 91, and counsel for the United States shall provide counsel for the Intervenor with an unredacted copy of document 67 (collectively, the "Subject Documents"), all of which shall remain sealed unless otherwise ordered by this Court.

2. Except as permitted by court order, counsel for the Intervenor shall not disclose the Subject Documents or their contents to any other person, other than additional counsel for the Intervenor (including counsel's secretaries, clerical workers, and paralegals).

3. Counsel for the Intervenor shall take appropriate measures to ensure that each person to whom counsel discloses material covered by this Order, including counsel's employees, understands the limited purpose for which it is being disclosed and the prohibition against further dissemination.

4. Any notes or recorded notations of any kind that counsel for the Intervenor, their secretaries, clerical workers, and paralegals may make relating to the contents of the Subject Materials shall not be shown to anyone except counsel and the persons listed in paragraph 2 of this Order, and counsel shall maintain the confidentiality of these materials pursuant to the terms of this Order after this case is disposed of, through and including any proceedings seeking review of this Court's disposition of the Unsealing Motion.

5. To the extent the parties (including the United States, the Defendant, and the Intervenor) wish to make reference to the contents of the Subject Materials in any document filed in this Court, they shall ensure that any such references are made in a sealed unredacted version of that document, accompanied by a publicly filed version of that document that redacts any references to the contents of the Subject Materials. Any such subsequently filed sealed documents shall be subject to the same confidentiality conditions as the Subject Materials. Further, the parties shall not orally disclose the contents of the Subject Materials in open court.

6. All Subject Materials disclosed pursuant to paragraphs 1 and 2 of this Order and all copies thereof shall be promptly destroyed after disposition of the Unsealing Order by final, non-appealable judgment of the Unsealing Order, unless this Court orders otherwise.

7. Subject to applicable rules and laws of professional conduct (including without limitation the attorney-client privilege), in the event the terms of this Order are violated, counsel for the Intervenor shall advise the Court immediately of the nature and circumstances of such violation.

It is so ordered.

Signed this 16th day of January 2018, in Hartford, Connecticut.

                                              _____/s/ AWT_____
                                                        ALVIN W. THOMPSON
                                           UNITED STATES DISTRICT JUDGE

Seen and agreed:

\_/s/_____  \_\_/s/_____
Douglas P. Morabito                             Michael O. Sheehan, Esq.
William J. Nardini                                  Counsel for Defendant Ramon Gomez
Counsel for the United States


\_/s/_____
Jennifer A. Nelson, Esq.
Counsel for Intervenor *The Day*


Read and Acknowledged:    _____
                                        Print Name


                                        _____
                                        Signature


Dated: _____