## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:16-cr-00207-AWT-1 |
| RAMON GOMEZ, | |
| Defendant. | |

### INTERVENOR *THE DAY*'S OPPOSITION TO DEFENDANT'S MOTION TO SEAL *THE DAY*'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO UNSEAL

Intervenor *The Day*, by and through counsel, respectfully submits this Opposition to Defendant Ramon B. Gomez's ("Defendant" or "Gomez") motion to seal *The Day*'s Supplemental Memorandum of Law in Support of its Motion to Unseal ("Supplemental Memorandum") (ECF No. 99).  Despite Defendant's assertions to the contrary, *The Day*'s Supplemental Memorandum does not disclose the contents of the Sentencing Memorandum filed under seal by counsel for Gomez on November 29, 2017 (ECF No. 66), or the Sentencing Memorandum publicly filed by the prosecution on December 4, 2017 (ECF No. 67) and later placed under seal (collectively, the "Sentencing Memoranda").  *The Day*'s public filing of its legal arguments was wholly consistent with the terms of the protective order entered in this case (ECF No. 97), and its Supplemental Memorandum should not remain sealed.[1]

As is clear from the *The Day*'s filing, counsel for *The Day* took pains to draft its brief in manner that would allow it to publicly file its legal arguments while avoiding the disclosure of

---

[1] The Court granted Defendant's motion to seal shortly after it was filed (ECF No. 100).

the specific contents of either Sentencing Memoranda.  The legal arguments made in *The Day*'s Supplemental Memorandum mirror those made in its initial motion to intervene and unseal, which remains on the public docket.  *See* ECF No. 74.

As to footnote 4, counsel for *The Day* sought in good faith to narrow the issues before the Court and, to that end, informed counsel for both parties that, pending approval from her client, *The Day* would not challenge a particular proposed redaction to Defendant's Sentencing Memorandum.  Counsel for *The Day* made clear to Defendant's counsel during their meet and confer discussion that she did not interpret the vague language contained in footnote 4 to be prohibited by the protective order because it does not disclose the contents of the sealed Sentencing Memoranda and, thus, that she could properly convey that information to her client. Counsel for Defendant, after consulting with his client, agreed with that interpretation. Thereafter, counsel for *The Day* conferred with her client (providing only the information stated in footnote 4), who agreed not to challenge the proposed redaction.  That counsel for Defendant would now take an entirely different position before the Court, and argue that precisely the same language is prohibited, is both inconsistent and burdens these proceedings—and this Court— with an overly broad interpretation of the protective order.  Footnote 4 is—as Defendant's counsel previously agreed—in accord with the protective order entered by the Court.

## CONCLUSION

For these reasons, *The Day* respectfully submits that its filing complied with the protective order entered in this case, and requests that the Court unseal its legal arguments.

This the 1st day of February, 2018.

Respectfully submitted,


_/s/ Jennifer A. Nelson_
Jennifer A. Nelson (phv09382)
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW
Suite 1250
Washington, DC 20005
202.795.9312
202.795.9310 (fax)
jnelson@rcfp.org

/s/ _Cameron Stracher_
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
Tel: (203) 222-7169
Fax:  (646) 810-3089
cam@stracherlaw.com


_Counsel for The Day_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Opposition to Defendant's Motion to Seal *The Day*'s Supplemental Memorandum of Law was filed with the Clerk of Court and served via ECF on counsel for all parties, listed below.

William J. Nardini
Douglas P. Morabito
U.S. Attorney's Office – NH
157 Church St., 25th Floor
New Haven, CT 06510
(203) 821-3700
Fax: (203) 773-5373
E-mail: Douglas.Morabito@usdoj.gov
E-mail: William.Nardini@usdoj.gov
*Attorneys for Plaintiff*

Michael O. Sheehan
Sheehan & Reeve
350 Orange St., Suite 101
New Haven, CT 06511
(203) 787-9026
Fax: (203) 787-9031
E-mail: msheehan@sheehanandreeve.com
*Attorney for Defendant*

This the 1st day of February, 2018.

/s/ Jennifer A. Nelson
Jennifer A. Nelson

4